FILED: 8/14/13

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Denny Jocom, et al.*, | CASE NO. ED CV 13-680-GHK (SPx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Bank of America, N.A., et. al*, | |
| Defendants. | |

Pursuant to the Court's June 18, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs Denny Jocom and Lidya Widyawati's ("Plaintiffs") claims against Defendant Federal Home Loan Mortgage Corporation are **DISMISSED with prejudice**. Pursuant to Plaintiffs' request for voluntary dismissal of the Remaining Defendants (Bank of America, N.A.; Quality Loan Service Corporation; and Mortgage Electronic Registration Systems, Inc.), which Plaintiffs' filed on June 25, 2013, the Remaining Defendants are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: August 13, 2013

_____
GEORGE H. KING
Chief United States District Judge